IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR268 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER DANCER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue sentencing (Filing No. 32). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that sentencing is rescheduled for:

**Thursday, March 8, 2007, at <u>10:30</u> a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 2nd day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court