IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )         8:06CR268
                              )
      v.                      )
                              )
CHRISTOPHER DANCER,           )         ORDER
                              )
            Defendant.        )
_____)
```

On April 3, 1024, the defendant appeared with counsel on a petition for warrant or summons for offender under supervision (Filing No. 51).  Defendant was represented by Karen M. Shanahan.  Plaintiff was represented Thomas J. Kangior.  The defendant admitted Allegation Nos. 1 and 2 contained in the petition are true and the Court found the defendant to be in violation of the conditions of his supervised release.  The plaintiff moved to dismiss Allegation Nos. 3 through 11.  The Court then proceeded to a dispositional hearing.

IT IS ORDERED:

1) The defendant's supervised release is hereby revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of thirty (30) months.  Said sentence shall run consecutively to the sentence imposed by the Douglas County, Nebraska, District Court.

2) Upon completion of the defendant's incarceration, he will not be placed on supervised release, and any obligation he owes with respect to this case will be concluded.

3) Allegation Nos. 3 though 11 are dismissed.

DATED this 3rd day of April, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

_____
Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

UNITED STATES WARDEN

By: _____